UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS JAMES EDWARD SOUL,   CHAPTER 13

Debtor   CASE NO. 1-14-BK-05585

## MOTION TO CONTINUE CONFIRMATION HEARING

Debtor hereby requests a continuance in the above matter. On July, 22, 2016, Debtor received a directive regarding a pending case from the Equal Employment Opportunity Commission to respond to a statement from the opposing party within 24 days. Although Debtor was engaged in preparing for the upcoming hearing on August 18, 2016, an inordinate amount of time had to be devoted to the EEOC concern.

Thus, Debtor is not prepared to proceed on the scheduled date of August 18, 2016. Debtor has contacted the Court Trustee regarding this matter. Mr. Jim Jones responded through his intermediary that he would not agree to a Continuance.

WHEREFORE, Debtor respectfully requests a continuance in the above case.

Respectfully submitted,

Thomas James Edward Soul
Debtor, Pro-Se

92 B Cemetery Avenue

Stewartstown, PA 17363

717 434 9471



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Philadelphia District Office

801 Market Street, Suite 1300
Philadelphia, PA 19107-3127
Philadelphia Direct Dial: (215) 440-2602
TTY (215) 440-2610
FAX (215) 440-2632, 2848 & 2604
Website: www.eeoc.gov

July 22, 2016

Our References:   Soul v. HERTZ CORPORATION
                  Charge No. 846-2016-05538

Thomas J. Soul
92 B Cemetery Avenue
Stewartstown, PA 17363

Dear Mr. Soul:

Enclosed is a copy of the Respondent's position statement for your review. Sending that response to you does not necessarily indicate that the EEOC concurs with the Respondent's position. Please review the position statement enclosed with this letter and submit your rebuttal response <u>in writing directly to our office within 24 calendar days of the date of this letter</u>. That is please inform us why in your opinion the position statement is accurate, not accurate, not complete and/or why the EEOC should therefore continue with its investigation. If you have additional relevant facts or witnesses to support your allegations, please provide this information as part of your response. *Please note that by accepting these documents, you agree that you will only share the contents with persons in a privileged relationship such as a spouse, clergy or legal, medical or financial advisor.*

**Please make sure to write your EEOC charge number on your submission. You do not have to mail it to any specific person's attention as it has not been assigned yet. After it is assigned to an investigator you will be sent a letter from your assigned investigator.**

If we do not hear from you, if you do not submit any new evidence, or the evidence submitted by you cannot refute the Respondent's position statement and documentation, a recommendation for dismissal may be made without further investigation or contact with you. In that event, you will be issued a "Dismissal and Notice of Rights" which would enable you to file suit in U.S. District Court within 90 days of your receipt of that Notice.

U.S. EEOC Enforcement Unit

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2016, I sent a copy of the foregoing Motion to Continue Confirmation Hearing to Charles J. DeHart, III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA, 17036, via U.S. Mail, First Class, postpaid.

Respectfully submitted,

*Thomas Soul* (signature)

Thomas James Edward Soul
Debtor, Pro-Se

92 B Cemetery Avenue

Stewartstown, PA 17363

717 434 9471