```
                       United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                                  Case No. 14-05585-RNO
Thomas James Edward Soul                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: CGambini          Page 1 of 1         Date Rcvd: Aug 18, 2016
                            Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2016.
db             +Thomas James Edward Soul,   92B Cemetery Avenue,   Stewartstown, PA 17363-4021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Martin A Mooney   on behalf of Creditor   Toyota Motor Credit Corporation
               tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Recovery Management Systems Corporation   claims@recoverycorp.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**THOMAS JAMES EDWARD SOUL**

* **Debtors**

| | |
|---|---|
| Chapter: | 13 |
| Case Number: | 1-14-bk-05585 RNO |
| Document No.: | 119 |
| Nature of Proceeding: | **Motion to Continue** |

## **ORDER**

After due consideration of the Debtor's Motion to Continue Confirmation Hearing with Trustee's Concurrence, after hearing held on August 18, 2016, it is

ORDERED that the Motion to Continue is DENIED for failure to provide sufficient cause for a continuance.

Date: August 18, 2016

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

MDPA-Order - Blank wihtout Parties.wpt - REV 01/14