_Thomas James Edward Soul_     CASE NO. 1:14-05585A4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _October 02, 2014_ I sent a copy of the _4TH_ Amended Chapter 13 Plan

to the following:

KML Law Group, P.C.

Attn: Joshua Goldman, Esquire

701 Market Street, Ste. 5000

Philadelphia, PA 19106-1541

Navient

_123 S. Justison St_

_Ste. 300_

_Wilmington, DE 19801-5363_

HSBC Bank

P.O. Box 9

Buffalo, NY 14240-0009

Toyota Motor Credit Corporation

P.O. Box 8026

Cedar Rapids, Iowa 52408-8026

Capital One/Saks Fifth Avenue

Attn: General Correspondence

P.O. Box 30285

Salt Lake City, UT 84130-0285

The Hertz Corporation

P.O. Box 121190, Dept. 1190

Dallas, TX 75312-1190

Network Commercial Service, Inc.

6355 Topanga Canyon Blvd., Ste. 255

Woodland Hills, CA 91367

_10-22-14_

DATE

PNC Mortgage

Attn: Bankruptcy Dept.

3232 Newmark Drive

Miamisburg, OH 45342-5433

Chase/Bank One Card Service

P.O. Box 15298

Wilmington, DE 19850-5298

Recovery Management Systems Corporation

25 S E 2nd Avenue, Suite 1120

Miami, FL 33131-1605

Schiller, Knapp, Lefkowitz & Hertzel, LLP

Attn: Martin A. Mooney, Esquire

950 New Loudon Road, Ste. 109

Latham, NY 12110-2100

George J. Kassolis, D.D.S., P.A.

16918 York Road, Ste. 102

Monkton, MD 21111-1037

PNC Bank, N.A.

P.O. Box 2155, T7-UCHY-01-3

Rocky Mount, NC 27802-2155

Thomas James Edward Soul

Debtor, Pro-Se

Thomas James Edward Soul                                    CASE NO. 1:14-05585 RNO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on _October 25, 2014_, I sent a copy of the _ATH_ Amended Chapter 13
Plan to the following:

Navient

300 Continental Drive

Newark, DE 19713-4322

PNC Mortgage

P.O. Box 1820

Dayton, OH 45401-1820

Navient

P.O. Box 9500

Wilkes-Barre, PA 18773

Network Commercial Service, Inc.

6355 Topanga Canyon Blvd.

Suite 255

Woodland Hills, CA 91367

Thomas James Edward Soul

Pro-Se

92 B Cemetery Avenue

Stewartstown, PA 17363-4021