```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                             Case No. 14-05585-RNO
Thomas James Edward Soul                                           Chapter 13
        Debtor                     CERTIFICATE OF NOTICE
District/off: 0314-1          User: CGambini              Page 1 of 1                  Date Rcvd: Oct 28, 2016
                              Form ID: ntcnfhrg           Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2016.
db             +Thomas James Edward Soul,    92B Cemetery Avenue,    Stewartstown, PA 17363-4021
4730234         Capital One/Saks Fifth Avenue,    Attn General Correspondence,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
4587568        +Chase/Bank One Card Service,    PO Box 15298,    Wilmington, DE 19850-5298
4730235        +George J Kassolis DDS PA,    16918 York Road Ste 102,    Monkton, MD 21111-1037
4587569        +HSBC Bank,    PO Box 9,    Buffalo, NY 14240-0009
4795615        +Navient,    123 S Justison St,    Suite 360,    Wilmington, DE 19801-5360
4730238        +Network Commercial Service,    6355 Topanga Canyon Blvd Ste 25,    Woodland Hills, CA 91367-2117
4730237         PNC Bank NA,    PO Box 2155,    T7-UCHY-01-3,    Rocky Mount, NC 27802-2155
4587565         PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
4620427        +PNC Mortgage,    ATTN: Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
4628591        ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit Corporation,     PO BOX 8026,
                  Cedar Rapids, Iowa 52408-8026)
4730236         The Hertz Corp,    PO Box 121190 Dept 1190,    Dallas, TX 75312-1190

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4587566        +E-mail/PDF: pa_dc_claims@navient.com Oct 28 2016 19:19:02      Navient,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
4590196         E-mail/PDF: rmscedi@recoverycorp.com Oct 28 2016 19:18:55
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4587567        ##Navient,    300 Continental Drive,    Newark, DE 19713-4322
                                                                                    TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Martin A Mooney    on behalf of Creditor    Toyota Motor Credit Corporation
               tshariff@schillerknapp.com, tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Recovery Management Systems Corporation     claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

ntcnfhrg (04/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Thomas James Edward Soul Debtor(s) | Chapter 13 |
| --- | --- |
| | Case No. 1:14−bk−05585−RNO |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **November 27, 2016** has been set for objections to confirmation of the Amended Plan. Any objections to confirmation of the Amended Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: December 7, 2016 Time: 10:00 AM |
| --- | --- |

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Clerk of the Bankruptcy Court: Terrence S. Miller By: CGambini |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 28, 2016 |