IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Thomas James Edward Soul,
Debtor

Case No. 1-14-05585 RNO
Chapter 13

## MOTION OF DEBTOR TO CONVERT TO CHAPTER 7

AND NOW, this ____ day of December, 2016, comes the above Debtor and files the within Motion:

1. This Motion is filed pursuant to 11 U.S.C. §706(a) in that the Debtor wishes to convert his Chapter 13 case to a Chapter 7.

2. The Debtor originally filed his Chapter 13 petition on December 4, 2014.

3. Debtor is entitled to convert at any point pursuant to the Code.

WHEREFORE, the Debtor requests the Court to enter the attached Order converting his case.

_____
Thomas James Edward Soul
92 B Cemetery Ave.
Stewartstown, PA 17363
(717) 434-9471

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Convert will be served on the following by electronic means:

Charles J. DeHart, III, Esquire
Chapter 13 Trustee

_____
Thomas James Edward Soul, Pro Se

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Thomas James Edward Soul,
    Debtor

Case No. 1-14-05585 RNO
Chapter 7

## ORDER CONVERTING CASE TO CHAPTER 7

AND NOW, following a Motion filed by the Debtor, it is hereby

ORDERED that the within case is hereby converted to one under Chapter 7. The appropriate notice shall be given to all creditors.

BY THE COURT,