# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas James Edward Soul <br> <u>Debtor(s)</u> | BKY. NO. 14-05585 RNO <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4557

                                           Respectfully submitted,

                                           **/s/ Thomas Puleo**
                                           Thomas Puleo, Esquire
                                           James C. Warmbrodt, Esquire
                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 825-6306  FAX (215) 825-6406
                                           Attorney for Movant/Applicant