IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Thomas James Edward Soul,    CHAPTER 7

Debtor

v.    NO. 1: 14-05585-RNO

PNC Bank, National Association

Movant

MOTION TO EXTEND TIME TO FILE RESPONSE

Debtor PRO-SE Thomas James Edward Soul hereby respectfully requests additional time with which to file a response to the Motion filed on February 16, 2017 by Movant's counsel. Although the Certificate of Service proclaims that the Motion was mailed to Debtor on February 16, 2017, it was not actually mailed until February 21, 2017, according to the law firm's Pitney Bowes stamp. It is true that two copies were mailed to Debtor. Copies of both envelopes are included with this Motion.

THEREFORE, Debtor prays that the Court will allow a sufficient amount of time for filing a response to this matter.

Thomas James Edward Soul

Debtor, PRO-SE

92 B Cemetery Avenue

Stewartstown, PA 17363

717-434-9471

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Thomas James Edward Soul, | CHAPTER 7 |
| Debtor | |
| v. | NO. 1: 14-05585-RNO |
| PNC Bank, National Association | |
| Movant | |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion To Extend Time To File Response was mailed to the following: ON 3-3-17

KML Law Group, P.C.

Attn: James C. Warmbrodt, Esquire

Suite 5000 – BNY Independence Center

701 Market Street

Philadelphia, PA 19106-1532

*Thomas Soul*

Thomas James Edward Soul

Debtor, PRO-SE

92 B Cemetery Avenue

Stewartstown, PA 17363

717-434-9471



Thomas James Edward Soul, PRO SE
92 B Cemetery Avenue
Stewartstown, PA 17363



as James Edward Soul
Cemetery Avenue
rtstown, PA 17363