Certificate Number: 17082-PAM-DE-028893968

Bankruptcy Case Number: 14-05585



17082-PAM-DE-028893968

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 9, 2017, at 5:28 o'clock PM MST, THOMAS J SOUL completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 9, 2017                By:    /s/Orsolya K Lazar

                                   Name:  Orsolya K Lazar

                                   Title: Executive Director