```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 14-05585-RNO
Thomas James Edward Soul                                        Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1              User: CGambini           Page 1 of 1            Date Rcvd: Mar 23, 2017
                                  Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2017.
db             +Thomas James Edward Soul,    92B Cemetery Avenue,    Stewartstown, PA 17363-4021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence V. Young (Trustee)    lyoung@cgalaw.com,
               pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com
              Martin A Mooney    on behalf of Creditor    Toyota Motor Credit Corporation
               tshariff@schillerknapp.com,  tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | | |
|---|---|---|---|
| THOMAS JAMES EDWARD SOUL } Debtor(s) | | Chapter: | 7 |
| | | Case Number: | 1-14-bk-05585 RNO |
| PNC BANK, NATIONAL ASSOCIATION } Movant(s) vs. | | Document No.: | 145 |
| THOMAS JAMES EDWARD SOUL } Respondent(s) | | Nature of Proceeding: | Motion to Extend Time |

## ORDER

After due consideration of the Debtor's Motion to Extend Time to File a Response to the Motion for Relief from Automatic Stay filed to Docket No. 145, after hearing held on March 23, 2017, it is

ORDERED that the Motion is DENIED.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Date: March 23, 2017

MDPA-Blank Order with Parties.wpt- REV 01/14